```
                                         FILED
                                     IN CLERK'S OFFICE
                                 U.S. DISTRICT COURT E.D.N.Y.

                                   ★   JUN 12 2018   ★

                                      LONG ISLAND OFFICE
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Elisa Reynolds and Carissa Ann Pedersen, individually and on behalf of all others similarly situated,,

　　　　　　　　Plaintiff,

　　　　　　　-against-

Phoenix Financial Services LLC and Pendrick Capital Partners II, LLC,

　　　　　　　　Defendant.

Docket No: 2:18-cv-01534-JFB-GRB

## STIPULATION OF VOLUNTARY DISMISSAL
### PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed with prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii) with each party to bear its respective attorney's fees and costs.

Dated: June 11, 2018

| | |
|---|---|
| **SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.** | **BARSHAY SANDERS, PLLC** |
| By: ___/s Aaron Easley_____ | By:___/s David M. Barshay_____ |
| Aaron Easley, Esq. | David M. Barshay |
| 3 Cross Creek Drive | 100 Garden City Plaza, Suite 500 |
| Flemington, New Jersey 08822 | Garden City, New York 11530 |
| Tel: (908) 237-1660 | Tel. (516) 203-7600 |
| *Attorneys for Defendant* | Email: *ConsumerRights@BarshaySanders.com* |
| | Our File No: 113241 |
| | *Attorneys for Plaintiff* |

*The Clerk of the Court shall close the case.*

SO ORDERED

/s/ Joseph Bianco
_____
Joseph F. Bianco
USDJ
Date: June 12, 2018
Central Islip, N.Y.